1
2
3
4
5
6                 IN THE UNITED STATES DISTRICT COURT
7                   FOR THE DISTRICT OF ARIZONA
8
9
10 Southwest Windpower, Inc.,    )
                               )
11              Plaintiff,   )       CV 10-08200 PCT PGR
                               )
12     vs.                   )       <u>RECUSAL ORDER</u>
                               )
13 Imperial Electric, Inc.,      )
                               )
14            Defendant.   )
    _____ )
15
16
       The undersigned Judge having decided to recuse himself,
17
       IT IS ORDERED that the Honorable Paul G. Rosenblatt recuses himself from this
18
action and that this action is reassigned by automated random selection to the **Honorable**
19
**Neil V. Wake** for all further proceedings.
20
       IT IS FURTHER ORDERED that all future documents filed and/or served in this
21
action shall be captioned with case number **CV 10-08200 PCT NVW**.
22
       DATED this 19th day of October, 2010.
23
24
25
26                         Paul G. Rosenblatt
                        United States District Judge
27
28