# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Southwest Windpower Incorporated, | No. CV-10-08200-PCT-NVW |
| Plaintiff, | |
| vs. | **ORDER** |
| Imperial Electric Incorporated, | |
| Defendant. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Judge Mary H. Murguia. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-10-08200-PCT-MHM. Pending: Plaintiff's Application for Preliminary Injunction and Accelerated Discovery (Doc. 5) and Motion for Evidentiary Hearing on Application for Preliminary Injunction (Doc. 6).

DATED this 19th day of October, 2010.

_____
Neil V. Wake
United States District Judge